**Bradley MAXWELL, Plaintiff–
Appellant,**

v.

**Harold CLARKE; James Parks; George
Hinkle; Gregory Halloway; David
Zook; R.C. Mathena; Dennis Collins;
T. Farris; B.D. Collins; J.W. Carico;
C.L. Stacy; R.C. Williams; H.R. Hens-
ley; M. Counts; Brenda Ravizer, De-
fendants–Appellees.**

No. 13–7056.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 27, 2013.

Bradley Maxwell, Appellant pro se.
Kate Elizabeth Dwyre, Office of the Attor-
ney General of Virginia, Richmond, Virgi-
nia, for Appellee.

Before NIEMEYER and THACKER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bradley Maxwell appeals the district
court's order denying relief on his com-
plaint alleging claims under 42 U.S.C.
§ 1983 (2006) and the Religious Land Use
and Institutionalized Persons Act ("RLUI-
PA"). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Maxwell v. Clarke*, No. 7:12–
cv–00477–JLK–RSB, 2013 WL 2902833
(W.D.Va. June 13, 2013). We deny Max-
well's motion to appoint counsel and dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*